# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:07-CR-00060-HEA |
| vs. ) | |
| ) | |
| ) | |
| ROSE A. SHAW ) | |
| ) | |
| Defendant. ) | |
| ) | |

## WITHDRAWAL OF MOTION FOR CONTEMPT

COMES NOW Plaintiff, the United States of America (the "United States"), by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Joshua M. Jones, Assistant United States Attorney for said district, and for its Withdrawal of its Motion for Contempt, states as follows:

1. On March 19, 2020, the United States filed a motion pursuant to 18 U.S.C. § 3613A for criminal contempt against Defendant, based on her willful failure to pay criminal restitution. Doc. 122.

2. On October 26, 2020, this Court granted the United States' motion. Doc. 130. This Court also set a hearing in this matter for February 25, 2020, at 11:00 am. Doc. 131.

3. Recently, Defendant made a $3,000 payment towards her outstanding criminal restitution liability. Accordingly, the United States seeks to withdraw its motion for contempt, without prejudice. The United States will monitor Defendant's payment history to ensure that she continues to make restitution payments as due. If necessary, the United States will renew its motion should Defendant fail to comply in the future.

1

WHEREFORE, the United States prays this Court enter an order withdrawing without prejudice its earlier filed motion for contempt (Doc. 122).

        Respectfully submitted,

        SAYLER A. FLEMING
        United States Attorney

        /s/ *Joshua M. Jones*
        JOSHUA M. JONES #61988 MO
        Assistant United States Attorney
        Thomas F. Eagleton U.S. Courthouse
        111 South Tenth Street, 20th Floor
        St. Louis, Missouri 63102
        (314) 539-2310
        (314) 539-2287 fax
        joshua.m.jones@usdoj.gov

**Certificate of Service**

I certify that a true and correct copy of the foregoing document was filed electronically on February 22, 2021, using this Court's CM/ECF System and therefore served on all parties of record. The undersigned further certifies that a copy of the foregoing was sent via certified mail on February 22, 2021, to the following:

Rose Ann Shaw
9 Sumac Lane
Saint Louis, MO 63124

        /s/ *Joshua M. Jones*
        Assistant United States Attorney